**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Armin Jayeshkumar Chaudhary
Plaintiff,
v.
Case No.: 1:26−cv−11172
Honorable Steven C. Seeger
Markwayne Mullin, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 17, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The government's motion to dismiss [5] is hereby granted. Plaintiff sought an order compelling the USCIS to issued its decision on the application on his humanitarian−parole request. USCIS adjudicated the application on November 12, 2026. The government attached a copy of the letter dated November 12, 2026, denying the application. So there is nothing left. The complaint is dismissed as moot. Plaintiff apparently would not agree to the dismissal, but it's hard to see how any live action remains. This Court is closing the case, because as far as this Court can tell, nothing remains to be done. But if Plaintiff believes that there is a live issue somehow, Plaintiff can file a motion for reconsideration by the end of the month. The complaint is dismissed. The case is closed. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.